# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 214

Kyle Ruben Sanchez,                                      Petitioner and Appellant

v.

State of North Dakota,                                   Respondent and Appellee

## No. 20240173

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable John C. Irby, Judge.

AFFIRMED.

Per Curiam.

Kiara C. Kraus-Parr, Grand Forks, ND, for petitioner and appellant.

Nicholas S. Samuelson (argued) and Renata J. Selzer (on brief), Fargo, ND, for respondent and appellee.

**Sanchez v. State**
No. 20240173

**Per Curiam.**

[¶1] Kyle Sanchez appeals from a judgment denying his application for postconviction relief. Sanchez argues the district court erred in denying his application, claiming he received ineffective assistance of counsel. He argues his trial counsel was not diligent in his representation or investigation of the case and did not properly review all of the pretrial information or interview witnesses to present an adequate defense. After an evidentiary hearing, the court found the errors alleged by Sanchez amounted to trial strategy decisions and were not errors so egregious that he was not afforded counsel. The court found Sanchez failed to establish his trial counsel's representation fell below an objective standard of reasonableness and there was a reasonable probability that, but for the alleged errors of counsel, the outcome of trial would have been different.

[¶2] We conclude the district court did not clearly err in finding Sanchez failed to establish his trial counsel's performance fell below an objective standard of reasonableness under prong one of the *Strickland* test. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7). *Truelove v. State*, 2020 ND 142, ¶ 11, 945 N.W.2d 272 ("Our precedent for evaluating whether a particular trial strategy resulted in an ineffective assistance of counsel is well established: Trial strategy is the attorney's province and on appeal, we do not second guess matters of trial tactics, such as the decision to call certain witnesses, hire private investigators, or how to question certain witnesses." (cleaned up)).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr

1